THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JL EXHIBIT SERVICES LLC, a Nevada limited liability company, <br><br> Defendant. | NO.  2:24-cv-00073-RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., that Defendant has requested a waiver of the fees and Plaintiff is awaiting a response from its Administrative Manager as to a grant or denial of same, and that the Plaintiff is requesting a 60-day extension, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

    Deadline for FRCP 26(f) conference……………..May 3, 2024

    Initial Disclosures Pursuant to FRCP 26(a)…….. May 10, 2024

    Combined Joint Status Report and Discovery
     Plan as Required by FRCP 26(f), and Local
     Rule CR 16………………………………………..May 17, 2024

    DONE IN OPEN COURT this 26th day of March, 2024.

                                                      RICARDO S. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Presented for Entry by:

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Reid, Ballew, Leahy & Holland, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorneys for Plaintiff